UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GS HOLISTIC, LLC,<br><br>                Plaintiff,<br><br>   v.<br><br>VAPOR CITY AND SMOKE LLC,<br>et al.,<br><br>                Defendants. | CASE NO. C23-1781JLR<br><br>ORDER |

Before the court is Plaintiff GS Holistic, LLC's ("GS Holistic") second motion for a 45-day extension of time to perfect service on Defendant Vapor City and Smoke LLC ("Vapor City"). (2d Mot. (Dkt. # 11).) Because none of the Defendants have appeared in this action, the court exercises its discretion under Federal Rule of Civil Procedure 1 to decide this motion before its April 19, 2024 noting date. *See* Fed. R. Civ. P. 1 (directing courts to construe the Federal Rules of Civil Procedure "to secure the just, speedy, and inexpensive determination of every action and proceeding"). The court has reviewed GS

ORDER - 1

Holistic's motion, the relevant portions of the record, and the governing law.  Being fully advised, the court GRANTS GS Holistic's motion.

Federal Rule of Civil Procedure 4 requires a plaintiff to serve the defendant with a summons and a copy of the complaint and sets forth the specific requirements for doing so.  *See* Fed. R. Civ. P. 4.  Rule 4(m), which provides the timeframe in which service must be effectuated, states in relevant part:

> If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time.  But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

*Id.*

GS Holistic filed this action on November 20, 2023.  (Compl. (Dkt. # 1).)  As a result, Rule 4(m)'s 90-day deadline for effectuating service of process expired on February 18, 2024.  Fed. R. Civ. P. 4(m).  On February 21, 2024, the court granted GS Holistic a 45-day extension of this deadline because GS Holistic's process server did not properly serve Vapor City.  (*See* 2/21/24 Order (Dkt. # 9).)  The court directed GS Holistic to file proof of proper service by no later than April 3, 2024.  (*See id.*)

GS Holistic has since made five unsuccessful attempts to serve Vapor City.  (*See* 2d Mot. ¶¶ 6-10.)  As a result, GS Holistic requests an additional 45 days to effect proper service on Vapor City.  (*Id.* ¶ 13.)  The court concludes that GS Holistic has established good cause for a further extension of the deadline to serve Vapor City.  Accordingly, the court GRANTS GS Holistic's motion (Dkt. # 11).  GS Holistic shall file proof of proper

1 | service on Vapor City by no later than **May 20, 2024.** No further extensions of this
2 | deadline will be granted.
3 |     Dated this 9th day of April, 2024.

_____
JAMES L. ROBART
United States District Judge